UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

-------------------------------------------------------
                                          :
JELINI O. DORSEY,                         :   CASE NO. 5:04-cv-02151
*et al.*                                  :
                                          :
          Plaintiffs,                     :
                                          :
vs.                                       :   OPINION & ORDER
                                          :   [Resolving Doc. No. 230]
JOHN BARBER,                              :
*et al.*                                  :
                                          :
          Defendants.                     :
                                          :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Pursuant to the Sixth Circuit's opinion in this case, [Doc. 230] the Court enters judgment in favor of Defendant Begin. As no other defendants remain, the Court **DISMISSES** the case with prejudice.

IT IS SO ORDERED.

Dated: March 3, 2008                     s/      *James S. Gwin*
                                         JAMES S. GWIN
                                         UNITED STATES DISTRICT JUDGE